**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.	CASE NO. 6:07-CR-8-ORL-19KRS

ANTHONY LEVERT MEDLOCK, JR.

<u>ORDER</u>

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 61, filed April 25, 2007) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 61) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Anthony Levert Medlock, Jr. has entered a plea of guilty to Count Ten of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count Ten of the Indictment.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 63, filed April 26, 2007) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   28th   day of April, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy